No. 870. WAYNE, TRUSTEE IN BANKRUPTCY, *v.* CUTLER-HAMMER, INC. May 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Marion Smith* and *Harold Hirsch* for petitioner. *Mr. E. Harold Sheats* for respondent. ▮

No. 873. CHESAPEAKE & OHIO RY. CO. *v.* VIGOR, ADMINISTRATRIX. May 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Albert H. Cole* for petitioner. *Mr. James N. Beery* for respondent. ▮

No. 882. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* HAWAIIAN PHILIPPINE CO. May 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General Jackson* for petitioner. *Mr. George E. Cleary* for respondent. ▮

No. 883. JACKSKION *v.* UNITED STATES. May 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis Halle* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron, Benjamin M. Parker,* and *W. Marvin Smith* for the United States. ▮

No. 885. PROVUS BROTHERS, INC. *v.* HOLMAN ET AL. May 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lewis F. Jacobson* for petitioner. *Mr. Reuben L. Freeman* for respondents. ▮